Clerk's Office
File Date:
9/10/2021
U.S. DISTRICT COURT-
EDNY
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

LUC BURBON,

                      Plaintiff,

    -against-

BRENTWOOD HOME, LLC,

                      Defendants.

----------------------------------------------------X

Case No. 1:21-cv-123-NGG-JRC

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Luc Burbon and Defendant Brentwood Home, LLC by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: April 12, 2021

By:_____
Bradly G. Marks
The Marks Law Firm, PC
54 W 40th Street, Suite 1131
New York, NY 10018
T:(646) 770-3775
brad@markslawpc.com

By:_____
Sebastion M. Medvei
Medvei Law Group, APC
3055 Wilshire Blvd, Ste 900
Los Angeles, CA 90010
T:(213) 984-4013
smedvei@medveilaw.com

**So Ordered.**
    s/NGG, USDJ
_____
Hon. Nicholas G. Garaufis
Date: 8/26/21